UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:    18-17128-JNP
                                                    Chapter:     vchChapter
Diane L. Mahon                                      Judge:       Jerrold N. Poslusny Jr.

---

NOTICE OF PROPOSED ABANDONMENT

---

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on June 26, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$152,000.00  6297  Old Harding Highway  Mays Landing, NJ  08330

Liens on property:

$173,425.00  Nationstar Mortgage c/o Mr. Cooper

Amount of Equity claimed as exempt:

$0

Objections must be served on, and requests for additional information directed to:

Name:         Douglas S. Stanger

Address:      646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.  (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:  
Diane L. Mahon  
      Debtor

Case No. 18-17128-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: May 23, 2018  
                     Form ID: pdf905    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2018.
```
db            +Diane L. Mahon,    6297 Harding Highway,    Mays Landing, NJ 08330-1513
517446895      APG Bariatrics,    PO Box 786061,    Philadelphia, PA 19178-6061
517446898     +Atlantic County,    Dept. of Family & Community Development,    1333 Atlantic Avenue,
                Atlantic City, NJ 08401-7212
517446899     +Baxter Financial, LLC,    c/o Fein, Such, Kahn & Shepard,    7 Century Drive, Suite 201,
                Parsippany, NJ 07054-4609
517446900     +Capital One,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517446902     +Geico,    Region 8 Policy,    PO Box 9506,    Fredericksburg, VA 22403-9506
517446903      IC System,    444 Highway 96 East,    PO Box 64378,    St. Paul, MN 55164-0378
517446904     +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive, Suite 100,    Mount Laurel, NJ 08054-2239
517446905     +Nationstar Mortgage,LLC d/b/a Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                Coppell, TX 75019-4620
517446906      Nationwide Credit, Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
517446908     +Santander Consumer USA,    PO Box 961245,    Ft Worth, TX 76161-0244
517446909     +South Jersey Gas,    1 S Jersey Plz,    Hammonton, NJ 08037-9100
517446911      Urgent Care Egg Harbor,    PO Box 786061,    Philadelphia, PA 19178-6061

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 24 2018 00:01:11      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2018 00:01:08      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517446896     +E-mail/Text: g17768@att.com May 24 2018 00:00:21      AT&T,    c/o Bankruptcy,    PO Box 769,
                Arlington, TX 76004-0769
517446897     +E-mail/Text: bankruptcy@pepcoholdings.com May 24 2018 00:00:47      Atlantic City Electric,
                PO Box 13610,    Philadelphia, PA 19101-3610
517446900     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 24 2018 00:08:21      Capital One,
                Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517446901      E-mail/Text: bankruptcy_notifications@ccsusa.com May 24 2018 00:02:10
                Credit Collection Services,    PO box 607,    Norwood, MA 02062-0607
517446907     +E-mail/PDF: cbp@onemainfinancial.com May 24 2018 00:09:29      OneMain,    Attn: Bankruptcy,
                601 NW 2nd Street,    Evansville, IN 47708-1013
517448683     +E-mail/PDF: gecsedi@recoverycorp.com May 24 2018 00:08:47      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517446910     +E-mail/PDF: gecsedi@recoverycorp.com May 24 2018 00:09:32      Synchrony Bank/Walmart,
                Attn:  Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2018 at the address(es) listed below:
```
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Victor M Saul    on behalf of Debtor Diane L. Mahon vsaul@comcast.net, G4231@notify.cincompass.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 23, 2018
                              Form ID: pdf905          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 5