| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Diane L. Mahon** | Social Security number or ITIN    xxx–xx–8207 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–17128–JNP | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Diane L. Mahon

7/13/18

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-17128-JNP
Diane L. Mahon                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Jul 13, 2018
                             Form ID: 318          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
db             +Diane L. Mahon,    6297 Harding Highway,    Mays Landing, NJ 08330-1513
517446895       APG Bariatrics,    PO Box 786061,    Philadelphia, PA 19178-6061
517446898      +Atlantic County,    Dept. of Family & Community Development,    1333 Atlantic Avenue,
                 Atlantic City, NJ 08401-7212
517446899      +Baxter Financial, LLC,    c/o Fein, Such, Kahn & Shepard,    7 Century Drive, Suite 201,
                 Parsippany, NJ 07054-4609
517446902      +Geico,   Region 8 Policy,    PO Box 9506,    Fredericksburg, VA 22403-9506
517446904      +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive, Suite 100,    Mount Laurel, NJ 08054-2239
517446905      +Nationstar Mortgage,LLC d/b/a Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517446906       Nationwide Credit, Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
517446909      +South Jersey Gas,    1 S Jersey Plz,    Hammonton, NJ 08037-9100
517446911       Urgent Care Egg Harbor,    PO Box 786061,    Philadelphia, PA 19178-6061

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2018 23:35:52     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2018 23:35:47     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517446896      +EDI: ATTWIREBK.COM Jul 14 2018 03:13:00     AT&T,    c/o Bankruptcy,    PO Box 769,
                 Arlington, TX 76004-0769
517446897      +E-mail/Text: bankruptcy@pepcoholdings.com Jul 13 2018 23:35:23     Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
517446900      +EDI: CAPITALONE.COM Jul 14 2018 03:13:00     Capital One,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517446901       EDI: CCS.COM Jul 14 2018 03:13:00     Credit Collection Services,    PO box 607,
                 Norwood, MA 02062-0607
517446903       EDI: IIC9.COM Jul 14 2018 03:13:00     IC System,    444 Highway 96 East,    PO Box 64378,
                 St. Paul, MN 55164-0378
517446907      +EDI: AGFINANCE.COM Jul 14 2018 03:13:00     OneMain,    Attn: Bankruptcy,    601 NW 2nd Street,
                 Evansville, IN 47708-1013
517446908      +EDI: DRIV.COM Jul 14 2018 03:13:00     Santander Consumer USA,    PO Box 961245,
                 Ft Worth, TX 76161-0244
517448683      +EDI: RMSC.COM Jul 14 2018 03:13:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517446910      +EDI: RMSC.COM Jul 14 2018 03:13:00     Synchrony Bank/Walmart,    Attn:  Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL 32896-5060
                                                                                            TOTAL: 11

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com, jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Rebecca Ann Solarz    on behalf of Creditor   NATIONSTAR MORTGAGE rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 13, 2018
                             Form ID: 318              Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Victor M Saul    on behalf of Debtor Diane L. Mahon vsaul@comcast.net,  G4231@notify.cincompass.com
                                                                            TOTAL: 5